IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| OXFORD ROUND TABLE, INC., a Kentucky corporation, Plaintiff, v. SLOAN MAHONE, an individual, Defendant, | Civil Action No. 3:07 CV 330-R |

## PLAINTIFF OXFORD ROUND TABLE, INC.'S CERTIFICATE OF CORPORATE INTEREST

COMES NOW Oxford Round Table, Inc., by and through counsel, and hereby complies with F.R.C.P. 7.1 as follows:

Oxford Round Table, Inc. is a Kentucky corporation. Oxford Round Table, Inc. does not have any parent companies nor is it a publicly traded company. No publicly held corporation owns 10% or more of Oxford Round Table, Inc.'s stock.

Dated: June 29, 2007.

Respectfully submitted,

/s/ James C. Bradshaw III
James C. Bradshaw III (#85633)
Klint W. Alexander (#88343)
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
(615) 244-0020
*Counsel for Plaintiff*
*Oxford Round Table, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing document was electronically filed with the U.S. District Court Clerk's office and will be sent to the following via the Court's electronic filing system:

    Sloan Mahone
    45-47 Banbury Road
    Oxford, OX 26 PE
    United Kingdom

on this the 29th day of June, 2007.

                                      /s/ James C. Bradshaw III
                                      James C. Bradshaw III

45310226.1