## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **OXFORD ROUND TABLE, INC.** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO:  3:07CV-330-R** |
| **SLOAN MAHONE** | **DEFENDANT** |

### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW, Defendant, Sloan Mahone, by and through counsel, and files her Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).  This Motion is made on the grounds that plaintiff Oxford Round Table, Inc. has not and cannot prove by a preponderance of the evidence that defendant Sloan Mahone is subject to personal jurisdiction in the state of Kentucky. Sloan Mahone has never resided in Kentucky or transacted business in Kentucky.  Sloan Mahone has not committed any tortuous act within Kentucky or committed any act which would submit her to the jurisdiction of the courts of Kentucky.  In support of this Motion, attached and incorporated by reference is an accompanying Memorandum In Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

Dated: July 30, 2007

Respectfully submitted,

Hon. Charles W. Chapman
THE LAKIN LAW FIRM, P.C.
300 Evans Avenue
Post Office Box 229
Wood River, Illinois 62095-0229
618.254.1127 (t)
618.254-0193 (f)
(Pro Hac Vice Motion Pending)

Counsel for Defendant

 /s/ Rodger W. Lofton
_____
Rodger W. Lofton
928 Broadway
Post Office Box 1737
Paducah, Kentucky 42002-1737
270.444.999 (t)
270.444.0036 (f)

Local Counsel for Defendant

## <u>CERTIFICATE OF FILING</u>

I hereby certify that on July 30, 2007, I electronically filed Defendant's Motion to

Dismiss for Lack of Personal Jurisdiction and Memorandum in Support of Pursuant to F.R.C.P.

Rule 12(b)(2) with the Clerk of Court using the CM/ECF system, which will send notification of

such filings(s) to the following:

> James C. Bradshaw III
> Wyatt, Tarrant & Combs, LLP
> 2525 West End Ave, Ste 1500
> Nashville, TN  37203
> 615.244.0020 (t)
> 615.256.1726(f)
> jbradshw@wyattfirm.com

BY:   /s/ Rodger W. Lofton
        Rodger W. Lofton
        928 Broadway
        Post Office Box 1737
        Paducah, Kentucky  42002-1737
        270.444.9999 (t)
        270.444.0036 (f)